| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Douglas Andrew Dallas and Elaine A. Dallas |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 1632875 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice  06/01/2020

**New total payment:**
Principal, interest, and escrow, if any  $1410.60

**Last 4 digits** of any number you use to identify the debtor's account: 7 9 4 4

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 566.45    New escrow payment: $ 480.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1
16-32875-jda    Doc 96    Filed 04/15/20    Entered 04/15/20 15:38:03    Page 1 of 6

| | Douglas Andrew Dallas and Elaine A. Dallas | | |
|---|---|---|---|
| Debtor 1 | First Name     Middle Name     Last Name | Case number (if known) | 1632875 |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Emily Marchino
Signature

Date 04/15/2020

Print: MARCHINO, EMILY
    First Name     Middle Name     Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
    Number     Street

1000 Blue Gentian Road
Address 2

Eagan     MN     55121-7700
City     State     ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

Official Form 410S1     **Notice of Mortgage Payment Change**     page **2**

16-32875-jda    Doc 96    Filed 04/15/20    Entered 04/15/20 15:38:03    Page 2 of 6

| | **Return Mail Operations**<br>PO Box 14547<br>Des Moines, IA 50306-4547 | | **Escrow Review Statement**<br>*For informational purposes only* | |
|---|---|---|---|---|

**Statement Date:** April 8, 2020
**Loan number:**
**Property address:**
    1114 E OLIVER ST
    OWOSSO MI 48867

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

DOUGLAS A DALLAS
ELAINE A DALLAS
1114 E OLIVER ST
OWOSSO MI 48867-9694

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

> The escrow account has an overage of
> **$100.63**

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **June 1, 2020** payment, the contractual portion of the escrow payment **decreases**.

## Part 1 - Mortgage payment

**New Payment**    The new total payment will be **$1,410.60**

| | Previous payment through 05/01/2020 payment date | New payment beginning with the 06/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $930.01 | $930.01 |
| **Escrow payment** | $566.45 | $480.59 |
| **Total payment amount** | $1,496.46 | $1,410.60 |

> **No action required**
>
> Starting **June 1, 2020** the new contractual payment amount will be **$1,410.60**

**See Page 2 for additional details.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $5,747.32. For the coming year, we expect the amount paid from escrow to be $5,767.08.

### How was the escrow payment calculated?
To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/17 - 05/18 (Actual) | 06/18 - 05/19 (Actual) | 06/19 - 04/20 (Actual) | 06/20 - 05/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $2,292.88 | $2,895.80 | $2,864.52 | $2,864.52 | ÷ | 12 | = | $238.71 |
| **Property insurance** | $1,592.00 | $1,603.00 | $1,654.00 | $1,428.00 | ÷ | 12 | = | $119.00 |
| **Total taxes and insurance** | $3,884.88 | $4,498.80 | $4,518.52 | $4,292.52 | ÷ | 12 | = | $357.71 |
| **Escrow shortage** | $278.35 | $675.97 | $824.02 | $0.00 |  |  |  |  |
| **Mortgage insurance** | $1,474.56 | $1,474.56 | $1,228.80 | $1,474.56 | ÷ | 12 | = | $122.88 |
| **Total escrow** | $5,637.79 | $6,649.33 | $6,571.34 | $5,767.08 |  |  |  | $480.59 |

### Projected escrow account activity over the next 12 months
To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  December, 2020 |   | $816.05 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $715.42 | (Calculated as: $357.71  X 2 months) |
| **Escrow overage** | = | **$100.63** |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from June, 2020 to May, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2020 | | | Starting balance | $2,604.60 | $2,503.97 |
| Jun 2020 | $480.59 | $122.88 | PMI Insurance | $2,962.31 | $2,861.68 |
| Jul 2020 | $480.59 | $122.88 | PMI Insurance | $3,320.02 | $3,219.39 |
| Aug 2020 | $480.59 | $122.88 | PMI Insurance | $3,677.73 | $3,577.10 |
| Aug 2020 | $0.00 | $1,196.65 | CALEDONIA TOWNSHIP | $2,481.08 | $2,380.45 |
| Aug 2020 | $0.00 | $1,428.00 | FARM BUREAU GENERAL | $1,053.08 | $952.45 |
| Sep 2020 | $480.59 | $122.88 | PMI Insurance | $1,410.79 | $1,310.16 |
| Oct 2020 | $480.59 | $122.88 | PMI Insurance | $1,768.50 | $1,667.87 |
| Nov 2020 | $480.59 | $122.88 | PMI Insurance | $2,126.21 | $2,025.58 |
| Dec 2020 | $480.59 | $122.88 | PMI Insurance | $2,483.92 | $2,383.29 |
| Dec 2020 | $0.00 | $1,667.87 | CALEDONIA TOWNSHIP | **$816.05** | **$715.42** |
| Jan 2021 | $480.59 | $122.88 | PMI Insurance | $1,173.76 | $1,073.13 |
| Feb 2021 | $480.59 | $122.88 | PMI Insurance | $1,531.47 | $1,430.84 |
| Mar 2021 | $480.59 | $122.88 | PMI Insurance | $1,889.18 | $1,788.55 |
| Apr 2021 | $480.59 | $122.88 | PMI Insurance | $2,246.89 | $2,146.26 |
| May 2021 | $480.59 | $122.88 | PMI Insurance | $2,604.60 | $2,503.97 |
| Totals | $5,767.08 | $5,767.08 | | | |

## Part 4 - Escrow account history

Escrow account activity from June, 2019 to May, 2020

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 2019 | | | | | | | Starting Balance | $2,366.73 | $2,624.30 | -$257.57 |
| Jun 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $2,933.18 | $2,999.20 | -$66.02 |
| Jun 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $2,810.30 | $2,999.20 | -$188.90 |
| Jul 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $3,376.75 | $3,374.10 | $2.65 |
| Jul 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $3,253.87 | $3,374.10 | -$120.23 |
| Aug 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $3,820.32 | $3,749.00 | $71.32 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $1,196.65 | $1,168.62 | $28.03 | CALEDONIA TOWNSHIP | $2,623.67 | $2,580.38 | $43.29 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $1,654.00 | $1,603.00 | $51.00 | FARM BUREAU GENERAL | $969.67 | $977.38 | -$7.71 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $846.79 | $977.38 | -$130.59 |
| Sep 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $1,413.24 | $1,352.28 | $60.96 |
| Sep 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $1,290.36 | $1,352.28 | -$61.92 |
| Oct 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $1,856.81 | $1,727.18 | $129.63 |
| Oct 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $1,733.93 | $1,727.18 | $6.75 |
| Nov 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $2,300.38 | $2,102.08 | $198.30 |
| Nov 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $2,177.50 | $2,102.08 | $75.42 |
| Dec 2019 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $2,743.95 | $2,476.98 | $266.97 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $1,667.87 | $1,727.18 | -$59.31 | CALEDONIA TOWNSHIP | $1,076.08 | $749.80 | $326.28 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $953.20 | $749.80 | $203.40 |
| Jan 2020 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $1,519.65 | $1,124.70 | $394.95 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $1,396.77 | $1,124.70 | $272.07 |
| Feb 2020 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $1,963.22 | $1,499.60 | $463.62 |
| Feb 2020 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $1,840.34 | $1,499.60 | $340.74 |
| Mar 2020 | $566.45 | $497.78 | $68.67 | $0.00 | $122.88 | -$122.88 | PMI Insurance | $2,406.79 | $1,874.50 | $532.29 |
| Mar 2020 | $0.00 | $0.00 | $0.00 | $122.88 | $0.00 | $122.88 | PMI Insurance | $2,283.91 | $1,874.50 | $409.41 |
| Apr 2020 (estimate) | $0.00 | $497.78 | -$497.78 | $122.88 | $122.88 | $0.00 | PMI Insurance | $2,161.03 | $2,249.40 | -$88.37 |
| May 2020 (estimate) | $566.45 | $497.78 | $68.67 | $122.88 | $122.88 | $0.00 | PMI Insurance | $2,604.60 | $2,624.30 | -$19.70 |
| Totals | $6,230.95 | $5,973.36 | $257.59 | $5,993.08 | $5,973.36 | $19.72 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801. 9/18

EQUAL HOUSING LENDER

**Important notice**

Your mortgage may require private mortgage insurance (PMI) which protects lenders against financial loss should borrowers default on their mortgage. Under certain circumstances, federal law allows you to cancel PMI or requires that PMI be automatically terminated. This could reduce your mortgage payment. If you paid for the PMI policy up front at the time of closing, cancelling PMI will not impact your monthly mortgage payment amount.

**Under Federal law**

If you obtained your mortgage on or after July 29, 1999 and used the funds to purchase, construct, or refinance your primary residence, your mortgage is covered by the Homeowners Protection Act of 1998 (HPA). If you obtained your mortgage before July 29, 1999, or if your property has multiple units or is an investment property, your loan is not covered by the HPA.

There are two ways in which you may proceed:

1. **Cancellation requested by borrower**
   You can request to have the PMI cancelled on or after either of these dates:
   - The date the principal balance of your mortgage is first scheduled to reach 80% of the original value of the property.
   - The date the principal balance actually reaches 80% of the original value of the property.

   You must also meet these qualifications:
   - Your loan must be current on your mortgage payments with no past due payments owed. You must also have a good payment history. A good payment history is defined as not having any payments 30 or more days late in the last 12 months and no payments 60 or more days late in the last 24 months.
   - At your own expense, you must order a new valuation through us that shows the value of your property has not declined below its original value. Original value is defined as the lesser of either the appraisal value of your property when your loan closed or the actual price you paid for your property.

2. **Automatic termination of PMI**
   We will automatically terminate your PMI on the following date:
   - The date the principal balance of your mortgage is first scheduled to reach 78% of the original value of the property.

   You must also meet these qualifications:
   - You are up-to-date on your mortgage payments.
   - If you are not current on your mortgage payments as of the scheduled termination date, your PMI will automatically be terminated when you become current.

   In any event, PMI will not be required beyond the midpoint of your amortization period for the loan as long as you are current on your mortgage payments.

**Investor options**

The investor who owns your loan may allow additional options to cancel PMI using your property's current value. To learn more about your specific investor options, please contact us.

**Are you eligible to have your PMI cancelled or terminated?**

Our servicing representatives will be happy to let you know if you meet the requirements to have your PMI cancelled or terminated. They will advise you whether an appraisal is required.

If you have any questions or need further assistance, please contact us at the phone number provided on the front of the statement.